AO 93 (Rev. 5/85) Search Warrant

# UNITED STATES DISTRICT COURT

FILED

SOUTHERN DISTRICT OF CALIFORNIA

08 FEB 22 PM 12:23

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: DEPUTY

In the Matter of the Search of
(Name, address, or brief description of person, property or premises to be searched)

**SEARCH WARRANT**

The Premises of Rodney PARKER
6847 Springfield Street
San Diego, CA 92114; to include the curtilage, outbuildings, vehicles and appurtences

CASE NUMBER: '08 MJ 0520

TO: Special Agent Matthew Beals and any Authorized Officer of the United States

Affidavit(s) having been made before me by Special Agent Matthew Beals who has reason to believe that ☐ on the person of or ☐ on the premises known as or ☐ in the property described as (name, description and/or location)

***SEE ATTACHMENT A, incorporated as part of warrant***

In the Southern District of California
there is now concealed a certain person or property, namely (describe the person or property to be seized)

***SEE ATTACHMENT B, incorporated as part of warrant***

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before 2/27/08
(Date)

(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search (in the daytime -- 6:00 A.M. to 10:00 P.M.) ~~(at any time in the day or night as I find reasonable cause has been established)~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to William McCurine, Jr.
U.S. Judge ~~or Magistrate Judge~~
as required by law.

2/17/08 1558 hr
Date and Time Issued

AT

San Diego, California
City and State

Magistrate Judge William McCurine, Jr.
Name and Title of Judicial Officer

[signature]
Signature of Judicial Officer

AO 93 (Rev. 5/85) Search Warrant

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 2-17-08 | 2-17-08 4:30PM | JULIA CHAVEZ |

INVENTORY MADE IN PRESENCE OF

JULIA CHAVEZ

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

SEE ATTACHMENT ATF FORM 3400.23

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Special Agent Matthew Beals                Date

Subscribed, sworn to, and returned before me this date

William McCurine, Junior
U.S. Magistrate Judge                Date

U.S. Department of Justice
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Receipt for Property and Other Items

| Page 1 of 1 | Case/Inspection Number: 784040-08-0061 | Case/Inspection Title | Office: San Diego I |
|---|---|---|---|

Taken from: *(name, title, address, if appropriate)*
RODNEY J PARKER
8647 Springfield St. SD 92114

Recipient: *(name, title, address, if appropriate)*
Special Agent Greenlees

Location of Transfer or Seizure
ATF Field Office San Diego

Basis for Transfer or Seizure of Items:
18 USC 922 (g)

| Amount or Quantity | Description of Item(s) |
|---|---|
| 1 | Misc Documents of Dominion & Control |
| | in the name of RODNEY J. PARKER |
| 1 | Partial Box of .25 caliber Ammunition |
| 1 | Tan Medicine bag containing |
| | 1. Small bag of pills (various) |
| | 2. small ziplock bags / packaging materials |
| | 3. Ziplock bag with various white & yellow Pills |
| | 4. Empty pill bottle with leafy residue |
| | 5. blue Plastic bag containing Crystal Substance |
| | 6. white Plastic bag containing white powder |
| | 7. Small silver scale |
| 1 | ~~Ziplock~~ Green leafy substance wrapped in Plastic |
| 1 | small quantity of leafy substance in plastic |
| 1 | CDL card in name of RODNEY J PARKER |
| 1 | Vehicle registration for 3NPC000 |
| 1 | Brick of green leafy substance with Scale |
| | and letter to Rodney J. Parker in One Plastic Bag |
| | ~~Intentionally Left Blank~~ |

I hereby acknowledge receipt of the above item(s) into my custody.

Received by: *(signature)* [signature] Date 2/17/08

Transferred by: *(signature, if appropriate)* Julia Chavez Date 2/17/08 Witnessed by: *(signature)* [signature] ATF S/A Date 2/17/08

[signature] Jr. 2/22/08

[signature] SA 2/22/08

ATF E-Form 3400.23
Revised March 2005

# ATTACHMENT A

## DESCRIPTIONS OF THINGS TO BE SEARCHED

**The Premises**

The Premises of Rodney PARKER
Address: 6847 Springfield Street
including all outbuildings and appurtenances thereto
in the City of San Diego, CA 92114
in the County of San Diego
in the Southern District of California

**The Premises' Physical Description**

Stories: single
Construction type: stucco exterior
Color: white with brown shingles

The residence is located at the intersection of Springfield Street and Radio Drive. The numbers "6847" appear in black numbers on the residence next to the front door.

**Vehicles**

Any vehicle or vessel located on the premises.

# ATTACHMENT B

## DESCRIPTION OF EVIDENCE TO BE SEARCHED FOR AND SEIZED

### FIREARMS

Any and all firearms or ammunition located on the premises or within any of the vehicles/vessels on the premises including all areas to be searched. Other items pertaining to the possession of firearms, including gun cases, ammunition, ammunition magazines, holsters, spare parts for firearms, firearms cleaning equipment, photographs of firearms or of persons in possession of firearms, and receipts for the purchase and/or repair of all these items.

### RECORDS/DOCUMENTS

All records, documents or photographs that pertain to firearms, narcotics or establish the persons who have control, possession, custody or dominion over the property and vehicles searched and from which evidence is seized. Bank records, personal identification, notes, other correspondence, utility bills, rent receipts, payment receipts, financial documents, passports, Immigration records, Department of Motor Vehicle records, keys, leases, vehicle registration information and fingerprints.

### DRUGS

All drug and drug use paraphernalia, including packaging material and pay-owe sheets.